UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIAM WEST-CAMPEAU et al.,

        Plaintiffs,                              Case No. 24-cv-12751

v.

                                          HON. MARK A. GOLDSMITH

ROBERT DUNLAP et al.,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' (1) MOTION TO DISMISS (Dkt. 13) AND (2) MOTION TO SEAL (Dkt. 15)

Defendants Chief Robert Dunlap, the Wayne County Sheriff, and Wayne County filed a motion to dismiss (Dkt. 13) Plaintiffs' complaint (Dkt. 1).  As Plaintiffs have since filed an amended complaint as a matter of course under Federal Rule of Civil Procedure 15(a) (Dkt. 17), the motion to dismiss is denied without prejudice.  Defendants' motion to seal (Dkt. 15) is also denied as moot.

        SO ORDERED.

Dated: February 4, 2025                       s/Mark A. Goldsmith
        Detroit, Michigan                 MARK A. GOLDSMITH
                                    United States District Judge